1  Yolanda Huang (State Bar No. 104543)
LAW OFFICE OF YOLANDA HUANG
2  528 Grand Avenue
Oakland, California 94610
3  Telephone:    (510) 329-2140
Facsimile:     (510) 580-9410
4  E-Mail:         yhuang.law@gmail.com

5

6  Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
7  LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
8  Sacramento, California 95814
Telephone:    (916) 443-6911
9  Facsimile:     (916) 447-8336
E-Mail:         mark@markmerin.com
10                  paul@markmerin.com

11   Attorneys for Plaintiffs
ESTATE OF SAOUN POL and J.P.
12

13                UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15                    SACRAMENTO DIVISION

16  ESTATE OF SAOUN POL, et al.,               Case No.

17              Plaintiffs,                    **PLAINTIFF J.P.'S *EX PARTE* MOTION FOR APPOINTMENT OF GUARDIAN *AD LITEM***

18  vs.

19  CITY OF STOCKTON, et al.,

20              Defendants.

21                  **I.    INTRODUCTION**

22       Plaintiff J.P., a minor, requests the appointment of Channy Sok-Hang, his mother, as his guardian

23  *ad litem* for purposes of prosecuting this action.

24              **II.    STATEMENT OF RELEVANT FACTS**

25       Plaintiff J.P. is the Plaintiff in the above-captioned action. (*See* ECF No. 1 [Complaint];

26  Declaration of J.P. ("J.P. Decl.") ¶ 1; Declaration of Channy Sok-Hang ("Sok-Hang Decl.") ¶ 1.) Plaintiff

27  J.P. is a minor. (J.P. Decl. ¶ 2; Sok-Hang Decl. ¶ 2.) Channy Sok-Hang is Plaintiff J.P.'s biological

28  mother and currently retains solely custody of Plaintiff J.P. (J.P. Decl. ¶ 4; Sok-Hang Decl. ¶ 1.)

                                    1

Plaintiff J.P. and Channy Sok-Hang are currently unaware of any conflicts of interest that would preclude the appointment of Channy Sok-Hang as guardian *ad litem* of Plaintiff J.P. for purposes of prosecuting this action. (J.P. Decl. ¶ 5; Sok-Hang Decl. ¶ 4.)

Plaintiff J.P. consents to the appointment of Channy Sok-Hang as his guardian *ad litem* in this matter. (J.P. Decl. ¶ 6.) Channy Sok-Hang consents to her appointment as the guardian *ad litem* of Plaintiff J.P. in this matter. (Sok-Hang Decl. ¶ 5.)

### III.   REQUEST FOR APPOINTNMENT OF GUARDIAN *AD LITEM*

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). "A minor … who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem—or issue another appropriate order— to protect a minor … who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2); *see also* E.D. Cal. L.R. 202(a) ("Upon commencement of an action … by or on behalf of a minor …, the attorney representing the minor … shall present … a motion for the appointment of a guardian <u>ad</u> <u>litem</u> by the Court[.]").

An individual's capacity to sue is determined by the law of the individual's domicile. Fed. R. Civ. P. 17(b). Under California law, an individual under the age of 18 is a minor. Cal. Fam. Code § 6502. A minor may bring suit as long as a guardian conducts the proceedings. Cal. Fam. Code § 6601. A court may appoint a guardian *ad litem* to represent a minor's interests in the litigation. Cal. Code Civ. Proc. § 372(a). In making the determination concerning the appointment of a particular guardian *ad litem*, a court shall consider whether the minor and the guardian have divergent interests. Cal. Code Civ. Proc. § 372(b)(1).

The decision to appoint a guardian *ad litem* "must normally be left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986); *Williams v. Superior Court*, 147 Cal. App. 4th 36, 47 (Cal. Ct. App. 2007) ("broad discretion"). When there is no conflict of interest, the guardian *ad litem* appointment is usually made on *ex parte* application and involves minimal exercise of discretion by the trial court. *In re Marriage of Caballero*, 27 Cal. App. 4th 1139, 1149 (Cal. Ct. App. 1994).

Generally, a parent is recognized as an appropriate guardian *ad litem* on behalf of a minor child.

2

1    *See*, *e.g.*, *Basque v. County of Placer*, 2017 U.S. Dist. LEXIS 117290, at *1-3 (E.D. Cal. July 26, 2017);

2    *Hugunin v. Rocklin Unified Sch. Dist.*, 2015 U.S. Dist. LEXIS 103410, at *4-5 (E.D. Cal. Aug. 6, 2015);

3    *Gonzalez v. Reno*, 86 F. Supp. 2d 1167, 1185 (S.D. Fla. 2000) ("[W]hen a parent brings an action on

4    behalf of a child, and it is evident that the interests of each are the same, no need exists for someone other

5    than the parent to represent the child's interests under [Fed. R. Civ. P.] 17(c).").

6                                    **IV.    CONCLUSION**

7            Plaintiff J.P. respectfully requests the Court to appoint Channy Sok-Hang as his guardian *ad litem*

8    for purposes of prosecuting this action. A proposed order for appointment is attached hereto.

9    Dated: May 3, 2021                          Respectfully Submitted,

10

11

12                                    By: _____

13                                        Mark E. Merin
                                         Paul H. Masuhara
                                         LAW OFFICE OF MARK E. MERIN

14                                        1010 F Street, Suite 300
                                         Sacramento, California 95814

15                                        Telephone:      (916) 443-6911
                                         Facsimile:      (916) 447-8336

16
                                         Yolanda Huang
17                                        LAW OFFICE OF YOLANDA HUANG
                                         528 Grand Avenue

18                                        Oakland, California 94610
                                         Telephone:      (510) 329-2140

19                                        Facsimile:      (510) 580-9410

20                                          Attorneys for Plaintiffs
                                           ESTATE OF SAOUN POL and J.P.

21

22

23

24

25

26

27

28

                                              3