UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF SAOUN POL, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00788-WBS-AC<br><br>**ORDER GRANTING PLAINTIFF J.P.'S *EX PARTE* MOTION FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

Pursuant to Fed. R. Civ. P. 17(c)(2) and E.D. Cal. L.R. 202(a), the Court GRANTS Plaintiff J.P.'s *ex parte* motion for appointment of guardian *ad litem*.

The Court FINDS that the appointment of Channy Sok-Hang as Plaintiff J.P.'s guardian *ad litem* for purposes of prosecuting this action is appropriate and in the best interest of Plaintiff J.P., where Plaintiff J.P. is a currently a minor and Channy Sok-Hang is his biological mother and maintains sole custody.

Accordingly, the Court APPOINTS Channy Sok-Hang as the guardian *ad litem* of Plaintiff J.P. for purposes of prosecuting this action, until Plaintiff J.P. reaches the age of majority or the Court orders otherwise.

IT IS SO ORDERED.

Dated: May 3, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

**ORDER GRANTING PLAINTIFF J.P.'S *EX PARTE* MOTION FOR APPOINTMENT OF GUARDIAN *AD LITEM***
*Estate of Pol v. City of Stockton*, United States District Court, Eastern District of California, Case No. 2:21cv00788-WBS