1 DANA A. SUNTAG (State Bar #125127)
JOSHUA A. STEVENS (State Bar #238105)
2 HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
3 5757 Pacific Avenue, Suite 222
Stockton, California 95207
4 Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
5 jstevens@herumcrabtree.com

6 Attorneys for Defendants

7

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11 ESTATE OF SAOUN POL and J.P.,            ) Case No.: 2:21-cv-00788-WBS-AC
                                            )
12              Plaintiffs,                 ) **STIPULATION AND ORDER FOR**
            vs.                             ) **SECOND EXTENSION OF TIME TO**
13                                          ) **RESPOND TO COMPLAINT**
   CITY OF STOCKTON,                        )
14                                          ) **[Local Rule 144(a)]**
                Defendants.                 )
15                                          ) **[No hearing required]**
                                            )
16                                          )
                                            )
17                                          )
                                            )
18                                          )
                                            )
19                                          )
                                            )
20                                          )
                                            )
21 _____      )

22

23

24

25

26

27

28

STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT

This Stipulation is respectfully submitted by all named parties: Plaintiffs Estate of Saoun Pol, by and through real party in interest J.P. (both in his representative capacity, as successor in interest on behalf of the estate, and in his individual capacity, on his own behalf), on the one hand; and Defendants City of Stockton (also named as "Stockton Police Department") (the "City"), Chief of Police Eric Jones, Officer Jorge Andrade, and Officer Bradley Miller, on the other hand, all through their undersigned counsel of record.

RECITALS

A.      On May 3, 2021, Plaintiffs filed this lawsuit.

B.      On or about May 5, 2021, Plaintiffs served process on the City and Officers Andrade and Miller.

C.      On May 25, 2021, the parties filed a stipulation (i) extending the time for the City and Officers Andrade and Miller to move, plead or otherwise respond to the Complaint through and including June 23, 2021, and (ii) agreeing that Chief Jones is deemed to have been served with process so that Plaintiffs need not serve him with process. (ECF No. 6.)

D.      Since that stipulation was filed, the parties have engaged in informal discovery and settlement discussions. The discussions may result in a complete resolution of the case. The parties need additional time to complete their discussions, and, if the discussions do not resolve the case, for counsel for Defendants to prepare a response to the Complaint.

E.      Therefore, the parties agreed, subject to Court approval, that Defendants would have an additional 21 days to move, plead, or otherwise respond to the Complaint.



STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT

## S T I P U L A T I O N

IT IS STIPULATED AND AGREED, by the parties, through their counsel of record, that Defendants have an extension of time, through and including July 14, 2021, to move, plead, or otherwise respond to the Complaint.

Dated: June 22, 2021               HERUM CRABTREE SUNTAG
*A California Professional Corporation*

By:    */s/ Dana A. Suntag*
       DANA A. SUNTAG
       Attorneys for all Defendants

Dated June 22, 2021               LAW OFFICE OF MARK E. MERIN

By:    */s/ Paul H. Masuhara*
       MARK E. MERIN
       PAUL H. MASUHARA
       Attorneys for all Plaintiffs

## O R D E R

**IT IS SO ORDERED.**

**Dated:  June 25, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

HERUM \ CRABTREE \ SUNTAG
ATTORNEYS

3

STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT