DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar #238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF SAOUN POL and J.P., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF STOCKTON, <br><br> Defendants. | Case No.: 2:21-cv-00788-WBS-AC <br><br> **STIPULATION TO STAY CASE FOR 60 DAYS; ORDER** <br><br> **[No hearing required]** |

This Stipulation is respectfully submitted by all named parties: Plaintiffs Estate of Saoun Pol, by and through real party in interest J.P. (both in his representative capacity, as successor in interest on behalf of the estate, and in his individual capacity, on his own behalf), on the one hand; and Defendants City of Stockton (also named as "Stockton Police Department") (the "City"), Chief of Police Eric Jones, Officer Jorge Andrade, and Officer Bradley Miller, on the other hand; all through their undersigned counsel of record.

R E C I T A L S

A.    On May 3, 2021, Plaintiffs filed this lawsuit. In their Complaint, Plaintiffs allege the City and its officers used excessive force on Saoun Pol, resulting in his death. Plaintiffs are the estate of the decedent (represented by the son of the decedent) and the son of the decedent.

B.    On or about May 5, 2021, Plaintiffs served process on the City and Officers Andrade and Miller.

C.    On May 25, 2021, the parties filed a stipulation granting the City and Officers Andrade and Miller a 28-day extension of time (through and including June 23, 2021), and deeming Chief Jones to have been served with process so that Plaintiffs need not serve him. (Doc. No. 7).

D.    On multiple dates in June 2021, Defendants' counsel provided informal discovery and early disclosures to Plaintiffs' counsel. The information Defendants' counsel provided included both Officers' body camera footage of the incident and incident reports containing eyewitness accounts of the decedent's actions leading up to the use of force. In the course of these disclosures, counsel also engaged in settlement discussions.

E.    On June 22, 2021, the parties filed a stipulation and proposed order for a second extension of time, noting they continued to engage in settlement discussions. The stipulation and proposed order requested an additional 21 days to respond to the Complaint (through July 14, 2021). (Doc. No. 8). On June 25, 2021, the Court so



STIPULATION AND ORDER TO STAY CASE

ordered the stipulation. (Doc. No. 9).

F.  Plaintiffs initially were represented by two sets of counsel, the Law Office of Mark E. Merin and the Law Office of Yolanda Huang. On July 8, 2021, the Law Office of Mark E. Merin withdrew from the case. (Doc. Nos. 10 and 11).

G.  Plaintiffs' remaining counsel and counsel for the Defendants continue to discuss a possible resolution of the case. Plaintiffs' counsel represents that, because of the emotional nature of the situation at issue, Plaintiffs need additional time to consider a possible resolution.

H.  On July 9, 2021, counsel telephonically met and conferred, and agreed to request the Court to stay the case for 60 days to allow Plaintiffs additional time to process the information they received from defense counsel and determine the future of this case and a possible resolution.

## S T I P U L A T I O N

IT IS STIPULATED AND AGREED, by all the parties, through their counsel of record, that this case be stayed for 60 days from July 12, 2021, through and including September 10, 2021.

IT IS FURTHER STIPULATED AND AGREED that, if the parties have not filed a dismissal of the entire case by September 10, 2021, Defendants shall have 14 days from that date (through and including September 24, 2021), to move, plead, or otherwise respond to the Complaint.

[*signatures appear on the next page*]



STIPULATION AND ORDER TO STAY CASE

| | | |
|---|---|---|
| Dated: July 12, 2021 | | HERUM CRABTREE SUNTAG<br>*A California Professional Corporation* |
| | | By:   */s/ Dana A. Suntag*<br>     DANA A. SUNTAG<br>     Attorneys for all Defendants |
| Dated: July 12, 2021 | | LAW OFFICE OF YOLANDA HUANG |
| | | By:   */s/ Yolanda Huang*<br>     YOLANDA HUANG<br>     Attorneys for all Plaintiffs |

## O R D E R

IT IS SO ORDERED:

1. This case is stayed for 60 days from July 12, 2021, through and including September 10, 2021;

2. If the parties have not filed a dismissal of the entire case by September 10, 2021, Defendants shall have 14 days from that date (through and including September 24, 2021), to move, plead, or otherwise respond to the Complaint; and

3. The Scheduling Conference is continued to **November 22, 2021 at 1:30 p.m.** A joint status report shall be filed no later than **November 8, 2021** in accordance with the Court's order issued May 3, 2021 (Docket No. 4).

Dated: July 13, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO STAY CASE