LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorneys for Plaintiffs
ESTATE OF SAOUN POL and J.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF SAOUN POL and J.P., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC JONES, JORGE ANDRADE, BRADLEY MILLER, and DOE 1 to 10, <br><br> Defendants. | Case No. 2:21-cv-00788-WMS-AC <br><br> **STIPULATION RE: SCHEDULING OF FILING OF FIRST AMENDED COMPLAINT AND RESPONSE** <br> **[Local Rule 144(a)]** <br> **[No hearing required]** |

    WHEREAS plaintiffs filed this lawsuit on May 3, 2021. Plaintiffs served two of the officers on May 5, 2021;

    WHEREAS the parties have engaged in significant informal discovery;

    WHEREAS the parties have had multiple communications and have met and conferred telephonically and by email regarding both the facts and the law of the case;

    WHEREAS to accommodate this informal discovery and meet and confer process, there have been two extensions of time for defendants to respond to the complaint (ECF. 7, and 9); and a single stay of the case for 60 days (ECF. 12);

    WHEREAS the parties, at this early juncture, have not been able to resolve this case, and therefore will proceed with litigation;

    WHEREAS, plaintiffs have not filed an amended complaint to date, and believe that filing

an amended complaint would clarify their claims in this case;

  IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel of record that plaintiffs shall file a First Amended Complaint by October 1, 2021; and, that defendants shall have thirty days from the date of filing in which to respond, and that Defendants need not respond to the original Complaint.

  IT IS RESPECTFULLY REQUESTED AND SO STIPULATED.

Dated:  September 15, 2021    LAW OFFICES OF YOLANDA HUANG

               By:  /s/ Yolanda Huang
                 YOLANDA HUANG
                 Attorney for all Plaintiffs

Dated:  September 15, 2021    HERUM CRABTREE SUNTAG
               A California Professional Corporation

               By: /s/ Dana A. Suntag
                 Attorney for all Defendants

               ORDER

IT IS SO ORDERED.

Dated:  September 17, 2021    _____
               WILLIAM B. SHUBB
               UNITED STATES DISTRICT JUDGE