DANA A. SUNTAG, (State Bar No. 125127)
JOSHUA J. STEVENS, (State Bar No. 238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
3757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF SAOUN POL and J.P., <br><br> Plaintiffs, <br> vs. <br> CITY OF STOCKTON, et al. <br><br> Defendants. | Case No.: 2:21-cv-00788-WBS-AC <br><br> **STIPULATION TO PLACE PREVIOUSLY FILED EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PORTIONS OF FIRST AMENDED COMPLAINT UNDER SEAL AND FILE REDACTED COPIES; ORDER** <br><br> [No hearing requested] |

1
STIPULATION TO PLACE PREVIOUSLY FILED EXHIBITS UNDER SEAL AND FILE REDACTED COPIES; ORDER

This stipulation is entered into between Plaintiffs Estate of Saoun Pol and J.P. (collectively, "Plaintiffs") and Defendants City of Stockton, the Stockton Police Department, Police Chief Eric Jones, Officer Jorge Andrade, and Officer Bradley Miller (collectively, "Defendants"), by and through their counsel of record.

R E C I T A L S

A. On November 1, 2021, Defendants filed a motion to dismiss portions of Plaintiffs' First Amended Complaint for failure to state a claim on which relief may be granted pursuant to F.R.C.P. 12(b)(6) ("Defendants' Motion"). Defendants' Motion is set for hearing on November 29, 2021.

B. After filing Defendants' Motion, Defendants' counsel discovered that Exhibits A and B (attached to the Declaration of Jeff A. Rogers filed in support of Defendants' Motion) were inadvertently filed containing Plaintiff J.P.'s full name in certain locations. (See ECF No. 17-2, Exhibit A, at p. 4, and Exhibit B, at pp. 7-8.) Plaintiff J.P. is a minor and his name (other than his initials) should be redacted pursuant to F.R.C.P. 5.2(a)(3) and Eastern District of California Local Rule 140.

C. The parties have since met and conferred and have agreed upon the following:

S T I P U L A T I O N

1. Attached as Exhibits A and B to this Stipulation are *revised* Exhibits A and B in support of Defendants' Motion, where all instances of J.P.'s name are appropriately redacted.

2. As for the previously filed Exhibits A and B attached to the Rogers Declaration (ECF No. 17-2, pp. 3-8), the parties request that the Court place them under seal pursuant to F.R.C.P. 5.2(a)(3) and Eastern District of California Local Rules 140 and 141. Defendants' counsel will file the attached revised Exhibits A and B with appropriate redactions of J.P.'s name as a new ECF document and the newly filed revised Exhibits A and B will in all respects supersede pages 3-8 of document number 17-2.

3. The parties further agree that this shall not affect the date of the hearing on Defendants' Motion (November 29, 2021, at 1:30 p.m.) or the time for the parties' respective opposition to, or reply on, Defendants' Motion.

1  Respectfully Submitted,

2  Dated: November 3, 2021                    HERUM CRABTREE SUNTAG
                                              *A California Professional Corporation*
3

4                                             By:  */s/ Joshua J. Stevens*
                                                   JOSHUA J. STEVENS
5                                                  Attorneys for all Defendants

6  Dated: November 8, 2021                    LAW OFFICE OF YOLANDA HUANG

7                                             By: */s/ Yolanda Huang*
                                                   YOLANDA HUANG
8                                                  Attorney for all Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
STIPULATION TO PLACE PREVIOUSLY FILED EXHIBITS UNDER SEAL AND FILE REDACTED COPIES; ORDER

Case 2:21-cv-00788-WBS-AC   Document 20   Filed 11/12/21   Page 4 of 4

## ORDER

The Court, having considered the parties' stipulation, and good cause appearing, rules as follows:

IT IS ORDERED that the relief requested in the foregoing Stipulation is GRANTED.

The Court Clerk is directed to place Document No. 17-2 under seal pursuant to F.R.C.P. 5.2(a)(3) and Eastern District of California Local Rules 140 and 141. Defendants' counsel shall refile the Rogers Declaration, with the revised Exhibits A and B attached, filed with this Stipulation, as a new ECF document and it shall in all respects supersede Document No. 17-2, previously filed in support of Defendants' Motion.

Nothing in this order shall affect the date of the hearing on Defendants' Motion (scheduled for hearing on November 29, 2021, at 1:30 p.m.) or the time for the parties' respective opposition to, and reply on, Defendants' Motion.

**IT IS SO ORDERED.**

Dated: November 9, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4
STIPULATION TO PLACE PREVIOUSLY FILED EXHIBITS UNDER SEAL AND FILE REDACTED COPIES; ORDER