DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar #238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone:  (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a minor, by and through CHANNY SOK-HANG as guardian,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF STOCKTON, et al.<br><br>            Defendants. | Case No.: 2:21-cv-00788-WBS-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FOURTH AMENDED COMPLAINT**<br><br>**[Local Rule 144(a)]**<br><br>**[No hearing required]** |

This Stipulation is respectfully submitted by all named parties: Plaintiff J.P., by and through Channy Sok-Hang as guardian, on the one hand; and Defendants City of Stockton (also named as "Stockton Police Department") (the "City"), Chief of Police Stanley McFadden, and Officer Jorge Andrade, on the other hand, all through their undersigned counsel of record.

R E C I T A L S

A.      On May 3, 2021, Plaintiff filed this lawsuit.

B.      On March 4, 2022, Defendants filed a motion to dismiss portions of Plaintiff's Third Amended Complaint and a motion to strike. Defendants' motions were heard on May 2, 2022.

C.      On May 4, 2022, this Court issued an order granting Defendants' motions and granting Plaintiff through May 24, 2022, to file a Fourth Amended Complaint. (ECF No. 49; 8:6-11.) Defendants were given until June 23, 2022 to move, plead, or otherwise respond to Plaintiff's Fourth Amended Complaint. (ECF No. 49, 8:12-14.)

D.      Plaintiff filed his Fourth Amended Complaint on May 24, 2022.

E.      Counsel for the Defendants are busy working on an answering brief on appeal before the Ninth Circuit, in addition to a number of other matters. Plaintiff's counsel here represents the plaintiff and appellant in this other matter as well. The answering brief on appeal is due on June 23, 2022, the same day Defendants' response to the Fourth Amended Complaint in this matter is due.

F.      Therefore, the parties agree, subject to Court approval, that Defendants shall have a short continuance through and including July 5, 2022, to answer the Fourth Amended Complaint.



STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FOURTH AMENDED COMPLAINT

# S T I P U L A T I O N

IT IS STIPULATED AND AGREED, by the parties, through their counsel of record, that Defendants have an extension of time, through and including July 5, 2022, to answer the Fourth Amended Complaint.

Dated: June 18, 2022  HERUM CRABTREE SUNTAG
*A California Professional Corporation*

By: /s/ Joshua J. Stevens
JOSHUA J. STEVENS
Attorneys for all Defendants

Dated June 22, 2022  LAW OFFICE OF YOLANDA HUANG

By: /s/ Yolanda Huang
YOLANDA HUANG
Attorney for all Plaintiffs

# O R D E R

**IT IS SO ORDERED.**

Defendants shall have an extension of time, through and including July 5, 2022, to answer Plaintiff's Fourth Amended Complaint.

Dated: June 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FOURTH AMENDED COMPLAINT