UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| J.P., a minor, by and through CHANNY SOK-HANG as guardian, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, STANLEY MCFADDEN, JORGE ANDRADE, and DOES 1-10 <br><br> Defendants. | No. 2:21-cv-00788 WBS AC <br><br><br> ORDER RE: DEFENDATS' MOTION TO MODIFY SCHEDULING ORDER AND CONTINUE TRIAL DATE |

----oo0oo----

Defendants have moved to modify the scheduling order and continue the trial which is currently set for June 4, 2024.[1] Defendants seek to continue trial because it conflicts with the trial in another unrelated case, Sutherland v. City of Stockton, et al., No. 2:21-cv-01855 WBS AC, involving many of the same

---

[1] The court took this motion under submission on the papers, without oral argument, pursuant to Local Rule 230(g).

1

defendants set for the same date also before this court. (Mot. at 3 (Docket No. 56).) Given that the trial date is not for approximately one and a half years, defendants' motion is premature. The court will consider any renewed motion at a time closer to trial.

        IT IS THEREFORE ORDERED that defendants' motion to modify the scheduling order and continue trial (Docket No. 56) be, and hereby is, DENIED without prejudice.

Dated: December 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE