DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar #238105)
ALEXANDER R. THOMAS (State Bar #350132)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com
athomas@herumcrabtree.com

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a minor, by and through CHANNY SOK-HANG as guardian,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON, et al.<br><br>    Defendants. | Case No.: 2:21-cv-00788-WBS-AC<br><br>**STIPULATION AND ORDER:**<br><br>**(i) MODIFYING PRETRIAL SCHEDULING ORDER, INCLUDING TRIAL DATE;**<br><br>**(ii) MODIFYING TIME FOR OPPOSITION AND REPLY ON DEFENDANTS' ANTICIPATED MOTION FOR SUMMARY JUDGMENT; AND**<br><br>**(iii) CONFIRMING PARTIES' AGREEMENT ON EXPERT DEPOSITIONS**<br><br>**[No hearing required]** |

1

STIPULATION AND ORDER RE: MODIFYING PRETRIAL SCHEDULING ORDER, MODIFYING TIMING ON MSJ, AND AGREEMENT ON EXPERT DEPOSITIONS

This Stipulation is respectfully submitted by all named parties: Plaintiff J.P., by and through Channy Sok-Hang as guardian, on the one hand; and Defendants City of Stockton (also named as "Stockton Police Department") (the "City"), Chief of Police Stanley McFadden, and Officer Jorge Andrade, on the other hand, all through their undersigned counsel of record.

RECITALS

A.  On May 3, 2021, Plaintiff filed this lawsuit.

B.  On May 27, 2022, the Court issued a Status (Pretrial Scheduling) Order (ECF No. 52), scheduling a jury trial to begin on June 4, 2024, with a 14 day estimate.

C.  On August 22, 2023, the parties filed a stipulation and proposed order to modify ECF No. 52, which this Court granted by order issued on August 24, 2023. (See ECF No. 66.)

D.  Counsel have been diligently conducting discovery, which has included written discovery, depositions, and discovery of third parties.

E.  Various conflicts have arisen with respect to the dates in the operative Scheduling Order: One of Plaintiff's experts now has a conflict with the June 7, 2024, expert disclosure date and will not be able to prepare their report. One of Defendants' experts now has a conflict with the April 22, 2025, trial date due to a prepaid vacation that was arranged more than two years ago but which was mistakenly omitted from the expert's calendar when he agreed to serve as an expert in this case. Finally, Plaintiff's counsel has three trials between now and the first quarter of 2025, and the only potential she has for a vacation with her family is in the month of November. Defendants' counsel is willing to accommodate her vacation schedule.

F.  Counsel for both sides have met and conferred regarding the above and have agreed to request this Court to continue the dates to avoid the conflicts.

G.  Further, counsel have also met and conferred regarding the briefing schedule on a motion for summary judgment, or, in the alternative, for partial summary judgment, Defendants anticipate filing. Local Rule 230(c) requires the opposition to be filed 14 days after the filing of such a motion, and Local Rule 230(d) requires the reply to be filed 10 days after the filing of the opposition. Because of Plaintiff's counsel's trial calendar, Plaintiff's counsel has requested an additional one week to file her opposition (for a total of 21 days from the filing of the motion), and defense counsel is agreeable with that as long Defendants also have an additional one week to file their reply (for a total of 17 days from the filing of the opposition). Counsel have also agreed to work together to set the hearing date on the motion such that it does not conflict with

2

STIPULATION AND ORDER RE: MODIFYING PRETRIAL SCHEDULING ORDER, MODIFYING TIMING ON MSJ, AND AGREEMENT ON EXPERT DEPOSITIONS

Plaintiff's trial calendar.

H.  Additionally, counsel have also met and conferred regarding scheduling expert depositions. If the Court enters an order approving this stipulation, counsel have mutually agreed to produce their respective experts for deposition, on fewer than 30 days' notice, without the need for either side to subpoena them, based only on a deposition notice(s) (which may include a request for documents). (Counsel reserve the right to object to the actual document requests or to seek relief of Court if necessary regarding a particular document request or other aspects of the expert deposition process). Finally, counsel agree they will work together to schedule and complete all expert depositions before the discovery cutoff date.

I.  Counsel request that all dates and deadlines in the Scheduling Order be correspondingly extended to match the new requested trial date, with spacing between such dates to remain approximately the same as in the operative Pretrial Scheduling Order.

J.  When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

## STIPULATION

1.  The parties, by and through their undersigned counsel, respectfully request the Court modify the Scheduling Order as follows:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Experts | 6/7/24 | 8/1/2024 |
| Disclosure of Rebuttal Experts | 7/12/24 | 10/1/2024 |
| Cutoff of All Discovery | 9/6/24 | 11/1/2024 |
| Motion filing Cutoff Date | 12/9/24 | 1/15/2025 |
| Final Pretrial Conference | 2/24/25 | 4/21/2025 at 1:30 p.m. |



3

STIPULATION AND ORDER RE: MODIFYING PRETRIAL SCHEDULING ORDER, MODIFYING TIMING ON MSJ, AND AGREEMENT ON EXPERT DEPOSITIONS

| Trial | 4/22/25 | 6/24/25 at 9:00 am |

2. Counsel will reasonably work together to schedule a hearing date on Defendants' intended motion for summary judgment, or in the alternative, motion for partial summary judgment. Plaintiff shall have 21 days after Defendants file their motion to file any opposition. Defendants shall have 17 days after Plaintiff files his opposition to file any reply.

3. If the Court enters an order approving this stipulation, counsel will produce their respective experts for deposition, on fewer than 30 days' notice, without the need for either side to subpoena them, based only on a deposition notice(s) (which may include a request for documents). Counsel reserve the right to object to the actual document requests or to seek relief of Court if necessary regarding a particular document request or other aspects of the expert deposition process. Counsel will work together to schedule and complete all expert depositions before the discovery cutoff date.

Based on the foregoing, the parties respectfully request that the Court grant this stipulation.

Respectfully Submitted,

Dated: June 5, 2024                    HERUM CRABTREE SUNTAG, LLP

By: ___*/s/ Joshua J. Stevens*___
    JOSHUA J. STEVENS
    Attorneys for all Defendants

Dated June 5, 2024                     LAW OFFICE OF YOLANDA HUANG

By: ___*/s/ Yolanda Huang*___
    YOLANDA HUANG
    Attorney for Plaintiff



STIPULATION AND ORDER RE: MODIFYING PRETRIAL SCHEDULING ORDER, MODIFYING TIMING ON MSJ, AND AGREEMENT ON EXPERT DEPOSITIONS

**SIGNATURE ATTESTATION**

Pursuant to Eastern District of California Local Rule 131(e), I attest that I obtained authorization to place Plaintiff's counsel's e-signature on this document and to file this document with the Court.

By: /s/ - *Joshua J. Stevens*
Joshua J. Stevens

**ORDER**

The Court, having considered the parties' stipulation, and good cause appearing, rules as follows:

IT IS ORDERED that the relief the stipulation requests is GRANTED. The operative Scheduling Order is modified are as follows:

| Matter | New Deadline |
|---|---|
| Disclosure of Experts | 8/1/2024 |
| Disclosure of Rebuttal Experts | 10/1/2024 |
| Cutoff of All Discovery | 11/1/2024 |
| Motion filing Cutoff Date | 1/15/2025 |
| Final Pretrial Conference | 4/21/2025 at 1:30 p.m. |
| Trial | 6/24/25 at 9:00 am |

IT IS FURTHER ORDERED that Plaintiff shall have 21 days after Defendants file their motion for summary judgment, or in the alternative, motion for partial summary judgment to file any opposition. Defendants shall have 17 days after Plaintiff files his opposition to file any reply.

IT IS FURTHER ORDERED that counsel will produce their respective experts for deposition, on fewer than 30 days' notice, without the need for either side to subpoena them, based only on a deposition notice(s) (which may include a request for documents), and shall cooperate in the scheduling of the depositions so that the depositions can be completed before the discovery cut off.

Dated:  June 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE