DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar #238105)
ALEXANDER R. THOMAS (State Bar #350132)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone:  (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com
athomas@herumcrabtree.com

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a minor, by and through CHANNY SOK-HANG as guardian,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>CITY OF STOCKTON, et al.<br><br>　　　　Defendants. | Case No.: 2:21-cv-00788-WBS-AC<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER, INCLUDING TRIAL DATE**<br><br>**[No hearing required]** |

1

STIPULATION AND ORDER RE: MODIFYING PRETRIAL SCHEDULING ORDER, INCLUDING TRIAL DATE

This Stipulation is respectfully submitted by all named parties: Plaintiff J.P., by and through Channy Sok-Hang as guardian, on the one hand; and Defendants City of Stockton (also named as "Stockton Police Department") (the "City"), Chief of Police Stanley McFadden, and Officer Jorge Andrade, on the other hand, all through their undersigned counsel of record.

## RECITALS

A. On May 3, 2021, Plaintiff filed this lawsuit.

B. On May 27, 2022, the Court issued a Status (Pretrial Scheduling) Order (ECF No. 52), scheduling a jury trial to begin on June 4, 2024.

C. On August 22, 2023, the parties submitted a stipulation and proposed order to modify ECF No. 52, which this Court granted by order issued on August 24, 2023. (See ECF No. 66.)

D. On June 6, 2024, the parties submitted a stipulation and proposed order to modify ECF No. 66, which this Court granted by order issued on June 7, 2024. (See ECF No. 76.)

E. Counsel have been diligently conducting discovery, which has included written discovery, multiple depositions, and discovery of third parties. Further, on August 1, 2024, the parties exchanged their expert disclosures and reports.

F. After conducting this discovery and exchanging expert reports, the parties held several meet and confers, agreed to private mediation, agreed on a private mediator and have agreed to attend a private mediation on December 9, 2024. Extending the dates in the scheduling order as this stipulation requests will afford the parties the opportunity to focus their efforts on mediation and will also allow the parties to conserve attorney time, resources, and the costs related to expert discovery and dispositive motion practice. It will also advance the interest of judicial economy, by conserving the substantial judicial resources that will be expended on adjudicating any dispositive motions that may be filed. If the case cannot be resolved at mediation and litigation resumes, the parties agree that neither side will be prejudiced by the extension of the successive dates on the schedule.

G. Therefore, counsel request that all dates and deadlines in the Scheduling Order be extended by approximately 120 days, with spacing between such dates to remain approximately the same as in the operative Pretrial Scheduling Order (ECF No. 76), as set forth below.

H. When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the court acts, or a request is made, before the original



time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

## STIPULATION

The parties respectfully request the Court modify the Scheduling Order as follows:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Rebuttal Experts | 10/1/2024 | 2/3/25 |
| Cutoff of All Discovery | 11/1/2024 | 3/3/25 |
| Motion filing Cutoff Date | 1/15/2025 | 5/8/25 |
| Final Pretrial Conference | 4/21/2025 | 7/28/2025 at 1:30 p.m. |
| Trial | 6/24/2025 | 9/23/2025 at 9:00 am |

Based on the foregoing, the parties respectfully request that the Court so order this stipulation.

Respectfully Submitted,

Dated: September 20, 2024                HERUM CRABTREE SUNTAG, LLP

                                         By: */s/ Joshua J. Stevens*
                                              JOSHUA J. STEVENS
                                              Attorneys for all Defendants

Dated September 20, 2024                 LAW OFFICE OF YOLANDA HUANG

                                         By: */s/ Yolanda Huang*
                                              YOLANDA HUANG
                                              Attorney for Plaintiff

3

STIPULATION AND ORDER RE: MODIFYING PRETRIAL SCHEDULING ORDER, INCLUDING TRIAL DATE

**SIGNATURE ATTESTATION**

Pursuant to Eastern District of California Local Rule 131(e), I attest that I obtained authorization to place Plaintiff's counsel's e-signature on this document and to file this document with the Court.

By: /s/ - *Joshua J. Stevens*
Joshua J. Stevens

**ORDER**

The Court, having considered the parties' stipulation, and good cause appearing, rules as follows:

IT IS ORDERED that the relief the stipulation requests is GRANTED. The operative Scheduling Order is modified as follows:

| Matter | New Deadline |
|---|---|
| Disclosure of Rebuttal Experts | 2/3/25 |
| Cutoff of All Discovery | 3/3/25 |
| Motion filing Cutoff Date | 5/8/25 |
| Final Pretrial Conference | 7/28/2025 at 1:30 p.m. |
| Trial | 9/23/2025 at 9:00 am |

IT IS FURTHER ORDERED that the parties shall file a joint updated status report no later than December 19, 2024.

Dated: September 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE