1 | DANA A. SUNTAG (State Bar #125127)
2 | JOSHUA J. STEVENS (State Bar #238105)
  | ALEXANDER R. THOMAS (State Bar #350132)
3 | HERUM\CRABTREE\SUNTAG, LLP
  | 5757 Pacific Avenue, Suite 222
4 | Stockton, California  95207
  | Telephone:  (209) 472-7700
5 | dsuntag@herumcrabtree.com
  | jstevens@herumcrabtree.com
6 | athomas@herumcrabtree.com

7 | Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a minor, by and through CHANNY SOK-HANG as guardian,<br><br>        Plaintiff,<br>    vs.<br><br>CITY OF STOCKTON, et al.<br><br>        Defendants. | Case No.: 2:21-cv-00788-WBS-AC<br><br>**STIPULATION AND ORDER TERMINATING GUARDIANSHIP AD LITEM AND DISMISSING CASE**<br><br>**[No hearing required]** |

This Stipulation is respectfully submitted by all named and remaining parties: Plaintiff J.P., on the one hand; and Defendants City of Stockton (also named as "Stockton Police Department") (the "City"), Chief of Police Stanley McFadden, and Officer Jorge Andrade, on the other hand; all through their undersigned counsel of record (collectively, the "Parties").

## RECITALS

A. On May 3, 2021, Plaintiff filed this lawsuit, when he was 17.

B. On May 3, 2021, Plaintiff's mother, Channy Sok-Hang, moved to be appointed his Guardian Ad Litem ("GAL"). (ECF Nos. 2, 2-1, and 2-2.) In the declarations both Plaintiff and his mother filed in support of the motion, they each stated Plaintiff was born in 2004.[1] (ECF Nos. 2-1 and 2-2, both at ¶ 2.)

C. On May 4, 2021, this Court granted the motion. (ECF No. 5.) The order ruled Ms. Sok-Hang would remain Plaintiff's GAL only "until Plaintiff J.P. reaches the age of majority or the Court orders otherwise." (ECF No. 5, lines 21-23.)

D. Plaintiff's counsel represents Plaintiff turned 18 years old in the beginning of 2022.

E. On December 9, 2024, the Parties conducted a mediation and reached a conditional settlement. Thereafter, the conditions were performed, and the settlement became final and was consummated.

F. Therefore, on March 26, 2025, the Parties filed a stipulation for dismissal of the entire action with prejudice. (ECF No. 84.)

G. On March 27, 2025, this Court directed counsel to file a stipulation and proposed order for termination of the appointment of the GAL.

## STIPULATION

IT IS STIPULATED AND AGREED, by the parties, through their counsel, that, because Plaintiff has turned 18, the guardianship ad litem should be terminated, retroactive to the date in 2022 Plaintiff turned 18.

---

[1] Per Eastern District of California Local Rule 140(a)(iv), the month and day of a person's birthdate must be redacted, and only the birth year may be used. Because Plaintiff's birthdate is already stated in ECF Nos. 2-1 and 2-2, the Parties are not repeating it here.

IT IS FURTHER STIPULATED AND AGREED the Court should dismiss the case with prejudice, each party to bear its own fees and costs.

Respectfully Submitted,

Dated: March 27, 2025                               HERUM CRABTREE SUNTAG, LLP

By: */s/ Joshua J. Stevens*
JOSHUA J. STEVENS
Attorneys for all Defendants

Dated March 27, 2025                                LAW OFFICE OF YOLANDA HUANG

By: */s/ Yolanda Huang*
YOLANDA HUANG
(as authorized on March 27, 2025)
Attorney for Plaintiff

## ORDER

The Court, having considered the Parties' stipulation, and good cause appearing, rules as follows:

IT IS ORDERED that the relief the stipulation requests is GRANTED. The appointment of the guardian ad litem is terminated retroactive to the date in 2022 when Plaintiff turned 18.

IT IS FURTHER ORDERED the entire action is dismissed with prejudice, each party to bear its own fees and costs.

Dated: March 27, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE